UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATISH NARAYAN,<br><br>        Plaintiff,<br><br>   v.<br><br>COMPASS GROUP USA, INC., a Delaware Corporation; KEN LEGAULT, an individual; and DOES 1-25, inclusive,<br><br>        Defendants. | CASE NO.:  2:17-cv-00999-MCE-CKD<br><br>*[Originally filed in Sacramento Superior Court, Case No.: 34-2017-00210684]*<br><br>**ORDER ON STIPULATION TO CONTINUE DISCOVERY CUT-OFF DATE**<br><br>Complaint Filed: April 7, 2017<br>Trial Date: Not yet set |

PURSUANT TO THE PARTIES' STIPULATION, AND GOOD CAUSE HAVING BEEN SHOWN, IT IS SO ORDERED:

The discovery completion date is continued to September 28, 2018.

IT IS SO ORDERED.

Dated: April 30, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I, the undersigned, am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; am employed with Fisher & Phillips LLP and my business address is 444 South Flower Street, Suite 1500, Los Angeles, California 90071.

On April 20, 2018 I served the foregoing document entitled **[PROPOSED] ORDER ON STIPULATION TO CONTINUE DISCOVERY CUT-OFF DATE** on all the appearing and/or interested parties in this action as follows:

## SEE ATTACHED SERVICE LIST

☐ **[by MAIL]** - I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing this affidavit.

☒ **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

☐ **[by FEDERAL EXPRESS]** - I am readily familiar with the firm's practice for collection and processing of correspondence for overnight delivery by Federal Express. Under that practice such correspondence will be deposited at a facility or pick-up box regularly maintained by Federal Express for receipt on the same day in the ordinary course of business with delivery fees paid or provided for in accordance with ordinary business practices.

☐ **[by PERSONAL SERVICE]** - I caused to be delivered by messenger such envelope(s) by hand to the office of the addressee(s). Such messenger is over the age of eighteen years and not a party to the within action and employed with Network Express, whose business address is 1533 Wilshire Boulevard, Los Angeles, CA 90017.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed April 20, 2018 at Los Angeles, California.

| Melody Biglay | By: /s/ Melody Biglay |
|---|---|
| Print Name | Signature |

16275.0233

2
CERTIFICATE OF SERVICE
FPDOCS 33944355.1

# SERVICE LIST
### *Atish Narayan v. Compass Group USA, Inc.*
### USDC Case No.: 2:17-CV-00999-MCE-CKD

| | |
|---|---|
| TOWER LEGAL GROUP, P.C.<br>James A. Clark<br>Renee N. Parras<br>1510 J Street, Suite 125<br>Sacramento, CA 95814 | Attorneys for Plaintiff<br>ATISH NARAYAN<br><br>Tel: 916.361.6009<br>Fax: 916.361.6019<br>Email:<br>james.clark@towerlegalgroup.com<br><br>renee.parras@towerlegalgroup.com |
| A. Jacob Nalbandyan, Esq.<br>Charles L. Shute, Esq.<br>EMPLOYEES' LEGAL ADVOCATES, LLP<br>811 Wilshire Blvd., Suite 800<br>Los Angeles, CA 90017 | Attorneys for Plaintiff<br>ATISH NARAYAN<br><br>Tel: 213.232.4848<br>Fax: 213.232.4849<br>Email: jnalbandyan@employeesla.com<br>cshute@employeesla.com |