

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATISH NARAYAN,<br><br>    Plaintiff,<br><br>v.<br><br>COMPASS GROUP USA, INC., a Delaware Corporation; KEN LEGAULT, an individual;<br>and DOES 1-25, inclusive,<br><br>    Defendants. | Case No.: 2:17-cv-00999-MCE-CKD<br><br>*[Originally filed in Sacramento Superior Court, Case No.: 34-2017-00210684]*<br><br>**ORDER ON JOINT STIPULATION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>Complaint Filed: April 7, 2017<br>Trial Date: TBD |

eLA File #: 1749

-1-

**ORDER ON JOINT STIPULATION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

PURSUANT TO THE PARTIES' STIPULATION, AND GOOD CAUSE HAVING BEEN SHOWN, IT IS SO ORDERED:

1. Pursuant to the terms and conditions contained in the Stipulation filed by the parties, leave to amend the Complaint to allege that Plaintiff was perceived as or regarded as disabled by the defendant is GRANTED. The proposed First Amended Complaint, attached to the Stipulation as "Exhibit A," is deemed filed and served upon the signing of this Order;

2. Defendant's Answer will continue as the operative Answer, all denials and affirmative defenses applying to each and every cause of action in the First Amended Complaint without prejudice to Defendant's right to file an amended Answer to the extent further investigation and/or discovery necessitates the addition of any further affirmative defenses or amendments.

IT IS SO ORDERED.

Dated: May 15, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE
## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES
## (USDC CASE NO. 2:17-cv-00999-MCE-CKD)

I am employed in the County of Los Angeles, State of California. I am over the age 18 and not a party to the within action. My business address is 811 Wilshire Boulevard, Suite 800, Los Angeles, CA 90017. On the date stated below, I served the foregoing document(s) described as **[PROPOSED] ORDER** on the interested parties in this action as stated below: **SEE ATTACHED SERVICE LIST.**

\_\_\_\_ **BY MAIL**. I am "readily familiar" with Employees' Legal Advocates, LLP's practice for collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices.

\_\_\_\_ **BY OVERNIGHT DELIVERY**. I deposited such document(s) in a box or other facility regularly maintained by the overnight service carrier, or delivered such document(s) to a courier or a driver authorized by the overnight service carrier with delivery fees paid or provided for, addressed to the person(s) being served.

**XXX BY ELECTRONIC SUBMISSION**. I served the above listed document(s) described via the United States District Court's Electronic Filing Program designated recipients via electronic transmissions through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing to the party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

**XXX FEDERAL**. I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed on May 1, 2018 at Los Angeles, California.

Name: Tony Arias          Signature: _____/s/_____

ORDER ON JOINT STIPULATION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

# SERVICE LIST

Lonnie D. Gaiamela
Nathan V. Okelberry
Ashley N. Attia
Fisher & Phillips LLP
444 South Flower Street, Suite 1500
Los Angeles, CA 90071

*Attorneys for Defendants*
*COMPASS GROUP USA, INC.*


James A. Clark
Tower Legal Group, P.C.
1510 J. Street, Suite 125
Sacramento, CA 95814

*Attorneys for Plaintiff*
*ATISH NARAYAN*