# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATISH NARAYAN, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> COMPASS GROUP USA, INC., a Delaware Corporation; KEN LEGAULT, an individual, and DOES 1 through 20, Inclusive, <br><br> Defendants. | Case No.: 2:17-cv-00999-MCE-CKD <br><br> **ORDER TO DISMISS WITH PREJUDICE** <br><br><br><br><br><br> Complaint filed April 7, 2017 <br> Removal Date: May 15, 2017 |

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), it is ordered that this action be, and hereby is, dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

IT IS SO ORDERED.

**Dated: September 29, 2021**

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

L&N File #: 1749                                    -1-